## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HERBERT RICHARDS, JR.,
on behalf of himself and those
similarly situated,

    Plaintiff(s),

v.                              CASE NO.  8:17-cv-1577-T-26TGW

FIDELITY INFORMATION SERVICES, LLC,
and FIS MANAGEMENT SERVICES, LLC,

    Defendant(s).
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Approval of FLSA Settlement Agreement (Dkt. 17) is **granted**.  The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A.  This case is dismissed with prejudice.  The clerk is directed to terminate any pending motions and/or deadlines and to **CLOSE** this case.

    **DONE AND ORDERED** at Tampa, Florida, on November 15, 2017.

                                        s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record